# CERTIFICATE OF SERVICE

I, Gini L. Downing _____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Omnicell Inc.
Attn: Dan S. Johnston, EVP,
Chief Legal Officer
2003 Gandy Blvd. North, Ste. 800
St. Petersburg, FL 33702

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Omnicell, Inc.
Attn: Randall A. Lipps, President and CEO
590 E. Middlefield Road
Mountain View, CA 94043

Corporation Service Company,
R/A for Omnicell, Inc.
251 Little Falls Drive
Wilmington, DE, 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

