Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>OMNICELL, INC.,<br><br>                Defendant. | Adv. Proc. No. 22-02070 (PRW) |

**NOTICE OF WITHDRAWAL OF NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that Plaintiff, Advisory Trust Group, LLC, as trustee of the RDC Liquidating Trust, hereby withdraws the *Notice of Dismissal,* filed on June 21, 2022 (ECF AP 19).

| | |
|---|---|
| Date: June 22, 2021 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Ilan D. Scharf*<br>Bradford J. Sandler, Esq. (NY Bar No. 4499877)<br>Ilan D. Scharf, Esq. (NY Bar No. 4042107)<br>Jason S. Pomerantz, Esq. (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email:   bsandler@pszjlaw.com<br>              ischarf@pszjlaw.com<br>              jspomerantz@pszjlaw.com<br><br>*Counsel to Plaintiff RDC Liquidating Trust* |