Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>  v.<br><br>OMNICELL, INC.,<br><br>                Defendant. | Adv. Proc. No. 22-02070 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Omnicell, Inc. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated:  June 22, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:     bsandler@pszjlaw.com
                ischarf@pszjlaw.com
                jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: June 22, 2022

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr. (NY Bar No. 2586451)
Brendan M. Scott (NY Bar No. 4150199)
200 West 41st Street, 17th Floor
New York, NY 10036
Email: jjureller@klestadt.com
Email: bscott@klestadt.com

-and-

DENTONS COHEN & GRIGSBY P.C.

*/s/ Helen Sara Ward*
Helen Sara Ward (PA ID No. 204088)
Daniel P. Branagan (PA ID No. 324607)
625 Liberty Avenue
Pittsburgh, PA 15222
Email: helen.ward@dentons.com
Email: daniel.branagan@dentons.com

*Counsel to Defendant Omnicell, Inc.*

SO ORDERED

DATED: _____, 2022          _____
        Rochester, New York                              HON. PAUL R. WARREN
                                                                          United States Bankruptcy Judge